# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

**v.**                                                                       **Criminal No. 1:19-MJ-90**

**PHILLIIP REED,**

    **Defendant.**

## NOTICE OF APPEARANCE

Notice is hereby given that Assistant United States Attorney Sarah E. Wagner will serve as counsel for the United States of America in this matter.

                                          Respectfully submitted

                                          WILLIAM J. POWELL
                                          UNITED STATES ATTORNEY

By:   /s/ Sarah E. Wagner
        Assistant United States Attorney
        United States Attorney's Office
        320 W. Pike Street, Suite 300
        Clarksburg, WV 26301
        (304) 623-7030
        (304) 623-7031 (facsimile)